IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarob Sim, ) | No. CV07-1581-PHX-SRB |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Alberto R. Gonzales, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner, Sarob Sim, filed his Petition for Writ of Habeas Corpus on August 14, 2007.  On November 7, 2007, Respondent filed a Notice of Release and Suggestion of Mootness advising the Court that Petitioner has received a release notification and will be released on an Order of Supervision.

The Magistrate Judge filed his Report and Recommendation on March 19, 2008, recommending Petitioner's Petition for Writ of Habeas Corpus be dismissed without prejudice.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court.  The time to file such objections has expired and no objections to the Report and Recommendation have been filed.  The Court notes that the Petitioner's copy of the Report and Recommendation has been returned by the post-office with the notation "Unclaimed."

1       The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3       IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court.
5       IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed.

7       DATED this 3rd day of April, 2008.

_____
Susan R. Bolton
United States District Judge